### RAMUNDO RAMIREZ v. THE STATE.

No. 4485. Decided May 23, 1917.

#### Carrying a Pistol—Bill of Exceptions—Practice on Appeal—Motion for New Trial.

In the absence of a bill of exceptions, complaints in a motion for new trial not otherwise verified can not be considered on appeal.

Appeal from the County Court of Bexar. Tried below before the Hon. Nelson Lytle.

Appeal from a conviction of unlawfully carrying a pistol; penalty, twelve months confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was given twelve months in the county jail for unlawfully carrying a pistol.

The record is before us without a statement of facts or bill of exceptions. The motion for new trial contains some questions and answers which, appellant alleges, show error, but they are not verified in any way by the court and are simply stated in the motion for new trial. In the attitude presented by the record this matter can not be considered.

As the record is presented there is nothing to review, and the judgment will be affirmed.

*Affirmed.*